AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

TOBY J. MASSE,

        PLAINTIFF,

v.

HAROLD CLARK, SECRETARY, ET AL,

        DEFENDANTS.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-50-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THE FIRST AMENDED COMPLAINT IS DIMISSED WITHOUT PREJUDICE UNDER 28 USC 1519A(b)(1) AND 1915(e)(2).

| | |
|---|---|
| August 29, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Stevie Perry |
| | *(By) Deputy Clerk* |
| | Stevie Perry |